[10 NE3d 179, 986 NYS2d 870]

In the Matter of RAGHUBIR K. GUPTA, a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Argued February 12, 2014; decided May 1, 2014

**APPEARANCES OF COUNSEL**

*Raghubir K. Gupta*, Brooklyn, pro se, and *Andrew M. Krisel*, Brooklyn, for Raghubir K. Gupta, appellant.

*Mark F. DeWan*, Brooklyn, and *Diana Maxfield Kearse*, for respondent.

**OPINION OF THE COURT**

Appeal dismissed, without costs, upon the ground that the issues presented have become moot. Appellant was automatically disbarred upon his conviction of a felony on March 14, 2014 (Judiciary Law § 90 [4] [a]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and ABDUS-SALAAM; Judge RIVERA taking no part.